| Form B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois**<br>**Eastern Division** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>**Taylor, Angela** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names use by Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **XXX-XX-6715** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2949 Sussex**<br>**Markham, IL 60426** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180
  days immediately preceeding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☐ Chapter 11    ☒ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancilary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | **Filing Fee** (Check one box) |

**Nature of Debts** (Check one box)
☒ Consumer/Non-Business    ☐ Business

☒ Full Filing Fee attached

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. S101
☐ Debtor is and elects to be considered a small business under
  11 U.S.C. S1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

This space is for court use only

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/23/2005
Time: 10:39:00
Debtor: Angela Taylor
Case: 05-24907
Chapter: 13 Rec. # : 3133840
Judge: Carol Doyle
341 mtg: 07/20/2005 @ 02:00pm
ConfHrg: 08/04/2005 @ 10:30am
Trustee: Marilyn Marshall

1:05BK24907-BK001

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Angela Taylor** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** | | (If more than one, attach additional sheet) |
|---|---|---|
| Location Where Filed: **Illinois Federal Court** | Case Number: **200021879** | Date Filed: **7/2000** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** | | (If more than one, attach additional sheet) |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Exhibit A** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Angela Taylor*
Signature of Debtor

X _____
Signature of Joint Debtor

**708-351-6427**
Telephone Number (If not represed by attorney)

*6-23-05*
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g.,forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7,11,12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X **Not Applicable**
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition
☒ No

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
**NONE**
Printed Name of Attorney for Debtor(s)

Firm Name

Address

Address

Telephone Number

Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. S110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

*Felecia C. Evans*
Printed Name of Bankruptcy Petition Preparer

*[signature]*
Social Security Number

**220 S. State Street**
Address

**Chicago, IL 60604**

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X *Felecia C. Evans*
Signature of Bankruptcy Petition Preparer

*6/23/05*
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual        Date
**Not Applicable**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. S110; 18 U.S.C. S156.

# UNITED STATES BANKRUPTCY COURT

**Northern District of Illinois**
**Eastern Division**

In re: **Angela Taylor**

Case No.

Chapter **13**

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | 0.00 | | |
| B - Personal Property | YES | 4 | 0.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | 20,953.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | 1,132.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | 1,085.00 |
| Total Number of Sheets of ALL Schedules: | | 15 | | | |
| Total Assets: | | | 0.00 | | |
| Total Liabilities: | | | | 20,953.00 | |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing a "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm- unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Total: | $0.00 | |

In re: **Angela Taylor**                                    Case No.

                                                            Chapter **13**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property<br><br>(All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm-unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectables. | X | | | |
| 6.  Wearing apparel. | X | | | |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property<br><br>(All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm-unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property (All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm- unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particluars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particluars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property (All property is located at the debtor's address unless otherwise noted.) | Husband Wife Joint or Comm-unity | Current Market Value of Debtor's Interest In Property, Without Deducting Any Secured Claim Or Exemption |
|---|---|---|---|---|
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory | X | | | |
| 29.  Animals. | X | | | |
| 30.  Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | | Total: | $0.00 |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeld "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeld "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeld "Disputed". (You may need to place an "X" in more than one of these three columns.)

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | 0.00 | |
| | | | Value: | | | | | |

|  | Page total: | $0.00 |
|---|---|---|
|  | **Total:** | $0.00 |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed on this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

☒  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. 507 (a)(2).

☐  **Wages, salaries, and commissions.**
   Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualified independent sales representatives up to $4,650* per person earned within 90 days immediately preceeding the filing of  the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. 507(a)(3).

☐  **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceeding the filing of the orginial petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. 507(a)(4).

☐  **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $4,650 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. 507(a)(5).

☐  **Deposits by individuals**
   Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. 507(a)(6).

☐  **Alimony, Maintenance, or Support**
   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**
   Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. 507(a)(9).

* Amounts are subject to adjustment on April 1, 2004 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of the filing of the petiton. Do not include claims listed in Schedules D and E.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these columns.)

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm-unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **16101968** | | | | | | | |
| **Allied Interstate Inc.**<br>**435 Ford Road, #800**<br>**Minneapolis, MN**<br>**55426-1063** | | | **Public Storage** | | | | 450.00 |
| Account No. **5291151790564668** | | | | | | | |
| **Capital One Bank**<br>**4851 Cox Road #12038-0460**<br>**Glen Allen, VA**<br>**23060** | | | **Charge Account** | | | | 1,165.00 |
| Account No. **T46000057732** | | | | | | | |
| **City of Chgo Dept of Revenue**<br>**333 S. State Street, #540**<br>**Chicago, IL**<br>**60604** | | | **Parking Tickets** | | | | 965.00 |
| Account No. **12957191041200608** | | | | | | | |
| **Collect America**<br>**370 17th Street #5000**<br>**Denver, CO**<br>**80202-5622** | | | **Household Auto Finance** | | | | 14,319.00 |
| Account No. **4134810004686443** | | | | | | | |
| **Columbus B&T Georgia**<br>**P.O. Box 105555**<br>**Atlanta, GA**<br>**30348** | | | **Collection** | | | | 495.00 |

| | | |
|---|---|---|
| | Page total: | **$17,394.00** |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **498792302** | | | | | | | |
| **Credit Protection** 13355 Noel Road, 21st Fl Dallas, TX 75240-6602 | | | **AT&T Broadband** | | | | 341.00 |
| Account No. **6743469** | | | | | | | |
| **Harvard Collection** 4839 N. Elston Avenue Chicago, IL 60630-2534 | | | **Exelon ComEd** | | | | 346.00 |
| Account No. **0012598485003** | | | | | | | |
| **Jefferson Capital System** 16 McLeland Road Saint Cloud, Mn 56303 | | | **Aspire Visa** | | | | 495.00 |
| Account No. **1103730695** | | | | | | | |
| **Park Dansan** 113 W. 3rd Avenue P.O. Box 248 Gastonia, NC 28052-4320 | | | **MCI Communications** | | | | 184.00 |
| Account No. **1103730779** | | | | | | | |
| **Park Dansan** 113 W. 3rd Avenue P.O. Box 248 Gastonia, NC 28052-4320 | | | **MCI Communications** | | | | 69.00 |
| Account No. **4361471200430591** | | | | | | | |
| **Providian** P.O. Box 9007 Pleasanton, CA 94566-4122 | | | **Credit Card** | | | | 379.00 |
| | | | | | | Page total: | **$1,814.00** |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C O D E B T O R | Husband Wife Joint or Comm- unity | Date Claim was Incurred And Consideration for Claim. If Claim is Subject to Setoff, So State. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount Of Claim |
|---|---|---|---|---|---|---|---|
| Account No. **2M61635** | | | | | | | |
| **Ronald Babb** **12757 S. Western Avenue** **Blue Island, IL** **60406** | | | **Eagle Realty Mgmt** | | | | 1,745.00 |

| | | |
|---|---|---|
| | Page total: | **$1,745.00** |
| | **Total:** | **$20,953.00** |

In re: **Angela Taylor**                                            Case No.

                                                                   Chapter **13**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Single** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP **Antwan S. Taylor (son)** | AGE **16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | **Collector** | |
| Name of Employer: | **Harvard Collection Services In** | |
| How long employed: | **2 months** | |
| Address of Employer: | **4839 N. Elston** | |
| | **Chicago, IL** | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | **1,132.00** | **0.00** |
| Estimated monthly overtime | **0.00** | **0.00** |
| SUBTOTAL | **$1,132.00** | **$0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | **0.00** | **0.00** |
| b. Insurance | **0.00** | **0.00** |
| c. Union dues | **0.00** | **0.00** |
| d. Other (Specify:) | **0.00** | **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| TOTAL NET MONTLY TAKE HOME PAY | **$1,132.00** | **$0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | **0.00** | **0.00** |
| Income from real property | **0.00** | **0.00** |
| Interest and dividends | **0.00** | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | **0.00** | **0.00** |
| Social security or other government assistance (Specify:) | **0.00** | **0.00** |
| Pension or retirement income | **0.00** | **0.00** |
| Other monthy income | **0.00** | **0.00** |
| (Specify:) | **0.00** | **0.00** |
| TOTAL MONTHLY INCOME | **$1,132.00** | **$0.00** |

TOTAL COMBINED MONTHLY INCOME            **$1,132.00**

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

☐ Check this box if a joint petiton is filed and the debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | | **550.00** |
| | Are real estate taxes included?    Yes ☐    No ☒ | |
| | Is property insurance included?    Yes ☐    No ☒ | |
| Utilities | Electricity and heating fuel | **40.00** |
| | Water and sewer | **0.00** |
| | Telephone | **65.00** |
| | Other **Cable** | **50.00** |
| Home maintenance (repairs and upkeep) | | **0.00** |
| Food | | **200.00** |
| Clothing | | **0.00** |
| Laundry and dry cleaning | | **20.00** |
| Medical and dental expense | | **0.00** |
| Transportation (not including car payments) | | **0.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | **0.00** |
| Charitable contributions | | **0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| | Homeowner's or renter's | **0.00** |
| | Life | **0.00** |
| | Health | **0.00** |
| | Auto | **0.00** |
| | Other | **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | Auto | **0.00** |
| | Other | **0.00** |
| | Other | **0.00** |
| Alimony, maintenance, and support paid to others | | **0.00** |
| Payments for support of additional dependents not living at your home | | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | **0.00** |
| | Other | **0.00** |

TOTAL MONTHLY EXPENSES    **$925.00**

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A. | Total projected monthly income | **$1,132.00** |
| B. | Total projected monthly expenses | **$925.00** |
| C. | Excess income (A minus B) | **$207.00** |
| D. | Total amount to be paid into plan each _____ $ _____ | |
| | (interval) | |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in the contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule G.

| Name and Mailing Address, Including Zip Code, Of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is For Nonresidential Real Property. State Contract Number of Any Government Contract. |
|---|---|
|  |  |

In re: **Angela Taylor**

Case No.
Chapter **13**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedule of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceeding the commencement of this case.

☒   Check this box if debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

In re: **Angela Taylor**

Case No.

Chapter **13**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

☐ Check this box if a joint petiton is filed and the debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rental for mobile home) | | **550.00** |
| | Are real estate taxes included?    Yes ☐   No ☒ | |
| | Is property insurance included?    Yes ☐   No ☒ | |
| Utilities | Electricity and heating fuel | **100.00** |
| | Water and sewer | **0.00** |
| | Telephone | **65.00** |
| | Other **Cable** | **50.00** |
| Home maintenance (repairs and upkeep) | | **0.00** |
| Food | | **200.00** |
| Clothing | | **100.00** |
| Laundry and dry cleaning | | **20.00** |
| Medical and dental expense | | **0.00** |
| Transportation (not including car payments) | | **0.00** |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | **0.00** |
| Charitable contributions | | **0.00** |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| | Homeowner's or renter's | **0.00** |
| | Life | **0.00** |
| | Health | **0.00** |
| | Auto | **0.00** |
| | Other | **0.00** |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| | (Specify) | **0.00** |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | Auto | **0.00** |
| | Other | **0.00** |
| | Other | **0.00** |
| Alimony, maintenance, and support paid to others | | **0.00** |
| Payments for support of additional dependents not living at your home | | **0.00** |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | **0.00** |
| | Other | **0.00** |

| | |
|---:|---:|
| TOTAL MONTHLY EXPENSES | **$1,085.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | **$1,132.00** |
| B.  Total projected monthly expenses | **$1,085.00** |
| C.  Excess income (A minus B) | **$47.00** |
| D.  Total amount to be paid into plan each _____   $ _____ | |
| (interval) | |

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern Division

In re: **Angela Taylor**

Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 16 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 6-23-05          Signature of Debtor: *Angela Taylor*

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Felecia C Evans                    Social Security Number
Name of Bankruptcy Petition Preparer

**220 S. State Street**

**Chicago, IL 60604**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X Felecia C Evans                    6/23/05
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. 110, 18 U.S.C. 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of 16 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: **Not Applicable**

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 and 3571*

# UNITED STATES BANKRUPTCY COURT

In re: *Angela Taylor*                                                    Case No.

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 3 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: *6-23-05*                          Signature of Debtor: *Angela Taylor*

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

*Elizabeth Grauscheid*                          *346681908*
Name of Bankruptcy Petition Preparer                          Social Security Number

**220 S. State Street, Suite 1501**

**Chicago, IL 60604**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X *Elizabeth Grauscheid*                          *6/23/05*
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. 110, 18 U.S.C. 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the                          [the president or other officer or an authorized agent of the corporation or a member

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:_____          Signature: **Not Applicable**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 and 3571*

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern Division

In re: **Angela Taylor**

Case No.

Chapter **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Question 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an appplicable question is "None", mark the box labled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS:

"In Business". A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceeding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider". The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. 101.

---

1. **Income from employment or operation of a business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$2,040.00** | **Income - 2005** |
| **$6,240.00** | **Income - 2004** |
| **$ - 0 -** | **No Income - 2003** |

**2.    Income other than from employment or operation of a business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income from each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3.    Payments to creditors**

None
☒

a.   List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petiton is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4.    Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Eagle Realty** | **Eviction** | **Cook County 6th Municipal** | **Judgement** |
| **2M61635** | | | |

None
☒

b.   Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5.    Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION<br>FORECLOSURE SALE<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE OF<br>PROPERTY |
|---|---|---|
| **Collect America**<br>**370 17th Street, #5000**<br>**Denver, CO 80202-5622** | 12/04 | **Automobile**<br>**$14,319.00** |

**6.    Assignments and receiverships**

None
☒

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7.    Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8.    Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9.     Payments related to debt counseling or bankruptcy**

None
☒
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

**10.     Other transfers**

None
☒
List all property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**11.     Closed financial accounts**

None
☒
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12.     Safe deposit boxes**

None
☒
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13.     Setoffs**

None
☒
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14.    Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

_____

**15.    Prior address of debtor**

None
☒

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report any separate addresses of either spouse.

_____

**16.    Spouses and Former Spouses**

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

_____

**17.    Environmental Information**

For the purposes of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

_____

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

_____

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

_____

None
☒

   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18.    Nature, location, and name of business**

None
☒

   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

   If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

   If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

---

None
☒

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11. U.S.C 101.

---

   The following questions are to be completed by every debtor that is a corportation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self employed.

   (An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediatcley preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

---

**19.    Books, records, and financial statements**

None
☒

   a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

---

None
☒

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☒

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None
☒

d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

**20.   Inventories**

None
☒

a. List the dates of the last two inventories taken on your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None
☒

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21.   Current Partners, Officers, Directors, and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None
☒

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22.   Former Partners, Officers, Directors, and Shareholders**

None
☒

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediate y preceding the commencement of this case.

None
☒
    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23.    Withdrawals from a partnership or distributions by a corporation**

None
☒
    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24.    Tax Consolidation Group**

None
☒
    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

---

**25.    Pension Funds**

None
☒
    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 6-23-05                          Signature of Debtor: *Angela Taylr*

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date:_____                   Signature: **Not Applicable**

                                        Print Name and Title

    [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. 152 and 3571*

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Name of Bankruptcy Petition Preparer                Social Security Number

**220 S. State Street**

**Chicago, IL 60604**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                        6/23/05
    Signature of Bankruptcy Petition Preparer          Date

    *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. 156.*

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois
### Eastern Division

In re: **Angela Taylor**

Case No.

Chapter **13**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

## a. Property to be Surrendered

| Description of Property | Creditor's Name |
|---|---|
| **None** | |

## b. Property to be Retained

| Description of Property | Creditor's Name | Property is claimed as Exempt | Property will be redeemed pursuant to 11 U.S.C. 722 | Debt will be reaffirmed pursuant to 11 U.S.C. 524(c) |
|---|---|---|---|---|
| **None** | | | | |

Date: *6-23-05*

Signature of Debtor *Angela Taylor*

---

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

*Felecia C Evans*

Name of Bankruptcy Petition Preparer

*33-0...*

Social Security Number

**220 S. State Street**

**Chicago, IL 60604**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X *Felicia C. Evans*

Signature of Bankruptcy Petition Preparer

*6/23/05*

Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. 156.*

# Bankruptcy Petition Preparer Guideline

A "bankruptcy petition preparer" means a person, other than an attorney or an employee of an attorney, who prepares for a fee, a document for filing by the debtor in the United States Bankruptcy Court.

**I have not been instructed or advised:**

i.      Whether to file a bankruptcy petition.
ii.     Under which chapter of the Bankruptcy Code to file the voluntary petition'
iii.    How to respond to the bankruptcy forms required in connection with the filing of the bankruptcy case;
iv.     What exemptions should be claimed;
v.      Whether any particular debts are dischargeable or nondischargeable;
vi.     The effect of a bankruptcy filing upon a foreclosure and whether the debtor(s) may keep a home;
vii.    Whether the debtor(s) may avoid or eliminate any liens or recover any assets in connection with the bankruptcy case;
viii.   Whether the debtor(s) may redeem property;
ix.     Whether the debtor(s) may or should reaffirm any debts;
x.      Whether the debtor(s) is entitled to a discharge under the Bankruptcy Code, and what defenses the debtor may have to an objection to discharge; and
xi.     Concerning the tax consequences of any aspect of the bankruptcy case.

I have also been advised that the petition preparer, prepares professional documents at my direction, enabling me to represent myself, pro se, in a court of law. They are not lawyers; they are Bankruptcy petition preparer. They can't represent anyone in a court of law, nor can they give legal advice.

**I have also been advised that the bankruptcy filing fee needs to be paid in full.**

| Debtor First Name: *Angela* | Debtor Last Name: *TAYLOR* |
|---|---|
| Signature: *Angela Taylr* | Date *6-23-05* |

| Debtor First Name: *Angela* | Debtor Last Name: *Taylor* |
|---|---|
| Signature: *Angela Taylr* | Date *6-23-05* |

| **Non – Attorney: First Name: Felecia** | **Last Name:   Evans** |
|---|---|
| Signature: *Felecia C Evans* | SS#: *335683* |
| Address: **220 S. State Street, Suite 1501** | |
| City: **Chicago** | State: **IL** | Zip: **60604** |
| Phone Number: **312-386-9481** | Date: *6/23/05* |

Allied Interstate Inc.
435 Ford Road, #800
Minneapolis, MN
55426-1063


Capital One Bank
4851 Cox Road #12038-0460
Glen Allen, VA
23060


City of Chgo Dept of Revenue
333 S. State Street, #540
Chicago, IL
60604


Collect America
370 17th Street #5000
Denver, CO
80202-5622


Columbus B&T Georgia
P.O. Box 105555
Atlanta, GA
30348


Credit Protection
13355 Noel Road, 21st Fl
Dallas, TX
75240-6602


HSBC  Auto Finance
P.O. Box 17904
San Diego, CA
92177


Harvard Collection
4839 N. Elston Avenue
Chicago, IL
60630-2534


Jefferson Capital System
16 McLeland Road
Saint Cloud, Mn
56303

Park Dansan
113 W. 3rd Avenue
P.O. Box 248
Gastonia, NC 28052-4320


Park Dansan
113 W. 3rd Avenue
P.O. Box 248
Gastonia, NC 28052-4320


Providian
P.O. Box 9007
Pleasanton, CA
94566-4122