IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Taylor, Angela | Case Number: 05 B 24907 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/5/08 | Filed: 6/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: July 31, 2008
Confirmed: September 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,304.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 2,178.20 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 125.80 |
| Other Funds: | | 0.00 |
| Totals: | 2,304.00 | 2,304.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Capital One | Unsecured | 60.49 | 82.80 |
| 2. | RoundUp Funding LLC | Unsecured | 1,432.00 | 1,960.58 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 98.50 | 134.82 |
| 4. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 5. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 6. | Allied Interstate | Unsecured | | No Claim Filed |
| 7. | Credit Protection Association | Unsecured | | No Claim Filed |
| 8. | Jefferson Capital | Unsecured | | No Claim Filed |
| 9. | Park Dansan | Unsecured | | No Claim Filed |
| 10. | Park Dansan | Unsecured | | No Claim Filed |
| 11. | Providian | Unsecured | | No Claim Filed |
| 12. | Ronald D Babb | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 1,590.99 | $ 2,178.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 30.35 |
| 5% | 16.80 |
| 4.8% | 11.82 |
| 5.4% | 45.19 |
| 6.5% | 21.64 |
| | _____ |
| | $ 125.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Taylor, Angela

Printed:  8/5/08

Case Number:  05 B 24907
Judge:  Wedoff, Eugene R
Filed:  6/23/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

